UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| S.K., individually and a/n/f of E.K., a minor, § § §  Plaintiffs, § § v. § FRISCO INDEPENDENT § SCHOOL DISTRICT, § § Defendant. § § § | Civil Action No. 4:24-cv-00347-ALM-BD |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD AND REQUEST FOR A BRIEFING SCHEDULE

Plaintiff S.K., individually and a/n/f of E.K., a minor, and Defendant Frisco Independent School District (collectively, the Parties) file this Joint Motion for Extension of Time to file Motions for Judgment on the Administrative Record and Request for a Briefing Schedule and, in support thereof, respectfully would show the Court as follows:

1. Plaintiffs filed suit on April 23, 2024, appealing the Special Education Hearing Officer's (SEHO) decision in the underlying due process hearing. It follows that the Court will decide this matter on the Parties' cross Motions for Judgment on the Administrative Record.

2. Under the Court's current Scheduling Order, the Parties' deadline to file their respective Motions for Judgment on the Administrative Record is November 10, 2025.

3. Given the personal and professional obligations of Defendant's counsel, the Parties request an extension of the current Motion for Judgment on the Administrative Record deadline, as well as a briefing schedule for Response Briefs and Reply Briefs.[1]

---

[1] If the Parties choose to file Sur-Reply Briefs, they will file those briefs in accordance with the Eastern District's Local Rules.

4. More specifically, the requested briefing schedule accommodates counsel's obligations, as well as the intervening Thanksgiving holiday. The Parties assert this constitutes good cause for the requested extension and the requested briefing schedule. *See Hetzel v. Bethlehem Steel Corp.*, 50 F.3d 360, 367 (5th Cir. 1995); *Neurology & Neurophysiology Assocs., P.A. v. Tarbox*, 628 F. App'x 248, 251 (5th Cir. 2015).

5. As such, the Parties request that the Court enter an order setting forth the following deadlines for dispositive motions:

| | |
|---|---|
| Opening Brief Deadline: | November 20, 2025 |
| Response Brief Deadline: | December 11, 2025 |
| Reply Brief Deadline: | December 19, 2025 |

WHEREFORE, PREMISES CONSIDERED, the Parties request that the Court grant their request for a briefing schedule, thereby extending the deadline to file Motions for Judgment on the Administrative Record until November 20, 2025, and otherwise setting the briefing deadlines as set forth herein. The Parties request such further relief that the Court deems appropriate.

Respectfully submitted,

By: /s/Janelle L. Davis
    Janelle L. Davis
    State Bar No. 24059655

JANELLE L. DAVIS LAW, PLLC
P.O. Box 1311
Prosper, Texas 75078
469.592.8775
Janelle@JanelleLDavisLaw.com

ATTORNEYS FOR PLAINTIFFS

By: /s/Meredith Prykryl Walker
Meredith Prykryl Walker
State Bar No. 24056487

WALSH GALLEGOS KYLE
ROBINSON & ROALSON P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

ATTORNEYS FOR DEFENDANT
FRISCO INDEPENDENT
SCHOOL DISTRICT

## CERTIFICATE OF CONFERENCE

On October 22, 2025, undersigned counsel conferred with Plaintiff's counsel regarding the relief herein. Counsel have agreed to submit this as a Joint Motion.

/s/ Meredith Prykryl Walker
Meredith Prykryl Walker

## CERTIFICATE OF SERVICE

On October 22, 2025, I electronically submitted the foregoing document with the clerk of court for the United States District Court, Eastern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Janelle L. Davis
Janelle L. Davis Law, PLLC
P.O. Box 1311
Prosper, Texas 75078

/s/ Meredith Prykryl Walker
Meredith Prykryl Walker