# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| S.K., | § | |
| | § | |
| *Plaintiff,* | § | |
| v. | § | Civil Action No. 4:24-cv-00347 |
| | § | Judge Mazzant/Judge Davis |
| FRISCO INDEPENDENT SCHOOL DISTRICT, | § | |
| | § | |
| | § | |
| *Defendant.* | § | |

**MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 17, 2026, the Magistrate Judge entered a Report and Recommendation (Dkt. #25) that the decision of the Texas Education Agency Special-Education Hearing Officer (AR 1–45) be affirmed.

Having received the report of the United States Magistrate Judge, and no timely objections having been filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendant Frisco Independent School District's Motion for Judgment on the Administrative Record (Dkt. #14) is hereby **GRANTED**, plaintiff S.K.'s Motion for Judgment on the Administrative Record (Dkt. #15) is hereby **DENIED**, and the Hearing Officer's decision (AR 1–45) is **AFFIRMED**.

It is **FURTHER ORDERED** that Plaintiff S.K.'s Complaint (Dkt. #1) is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

**SIGNED this 4th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE